RECEIVED
FEB 3 - 2010
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
UNITED STATES OF AMERICA

v.

08 CR 1239 (JSR)

ORDER

ZHOU QIN XIAO, et. al.
----------------------------------------------X

Upon the application of Joel S. Cohen, attorney for defendant Zhou Qin Xiao, and with the consent of the Government,

IT IS HEREBY ORDERED that inmates **Zhou Qin Xiao,** Reg. No. 51396-054, **Jian Song Liao,** Reg. No. 41677-054 **Tian Ping Lin,** Reg. No. 90320-054, each housed at the MCC, be produced in the cellblock at this Courthouse at 9:30 A.M. on February 4, 2010 and that they be permitted to have a co-defendant meeting in the cellblock. The meeting will also be attended by their counsel, Joel Cohen, David Gordon and Richard Palma, by paralegal Hua Xu and by a Chinese interpreter.

IT IS SO ORDERED:
February 3, 2010

LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Part I

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 2-4-10